UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALEXANDRA MACHECHA,

       Plaintiff,

  -against-

RHM RESTAURANT CORP., et al.,

       Defendants.

-------------------------------------------------------------X

22-CV-03253 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

  A mediation was held on September 14, 2022, through the Court-annexed Mediation Program, and the mediator reports that agreement was reached on all issues. ECF No. 19. Because this case is brought under the Fair Labor Standards Act, the parties must seek judicial approval of any settlement. Accordingly, the parties shall file a motion for court approval of the settlement before Judge Engelmayer before October 6, 2022.

**SO ORDERED.**

                _____
                SARAH NETBURN
                United States Magistrate Judge

DATED:  New York, New York
       September 21, 2022