UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA MACHECHA,

                Plaintiff,

v.

RHM RESTAURANT CORP. d/b/a Rolfs and ROBERT H. MAISANO, Jointly and Severally,
                Defendants.

Case No.: 22-cv-3253 (PAE)(SN)

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

      Plaintiff Alexandra Machecha ("Plaintiff Machecha") through her undersigned counsel, hereby notifies the Court that on or about October 14, 2022, she accepted the Defendants, RHM RESTAURANT CORP. d/b/a Rolfs and ROBERT H. MAISANO's ("Defendants"), Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $95,000.00 served on or about October 12, 2022. Annexed hereto are copies of (a) Defendants' Offer of Judgment; and proof of service (b) Plaintiff's Acceptance of Defendants' Offer of Judgment and proof of service and (c) a Proposed Order entering judgment pursuant to Defendants' Offer of Judgment.

Dated:   October 14  , 2022

LIPSKY LOWE LLP

By: _____
Douglas Lipsky
420 Lexington Avenue
New York, NY 10017
*Counsel for Plaintiff*