UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA MACHECHA,

           Plaintiff,

  v.

RHM RESTAURANT CORP. d/b/a Rolfs and
ROBERT H. MAISANO, Jointly and Severally,

           Defendants.

Case No.: 22-cv-3253 (PAE)(SN)

**JUDGMENT**

    **WHEREAS** on or about October  12 , 2022, Defendants served on Plaintiff an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ninety-five Thousand Dollars and Zero Cents ($95,000.00) ("Offer of Judgment"), and

    **WHEREAS** Plaintiff accepted Defendants' Offer of Judgment on or about October  14 , 2022,

    JUDGMENT shall be entered in favor of Plaintiff against Defendants in the amount of Nineth-five Thousand Dollars and Zero Cents ($95,000.00).

    The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

    **SO ORDERED**

    Dated: New York, New York
            _____, 2022.

                                                    Honorable Paul E. Englemayer, U.S.D.J.

Doc ID: c617ecc25e713673a31cad9ade4a517358637d22