UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA MACHECHA,

                Plaintiff,

v.

RHM RESTAURANT CORP. d/b/a Rolfs and
ROBERT H. MAISANO, Jointly and Severally,

                Defendants.

Case No.: 22-cv-3253 (PAE)(SN)

**JUDGMENT**

**WHEREAS** on or about October __12__, 2022, Defendants served on Plaintiff an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ninety-five Thousand Dollars and Zero Cents ($95,000.00) ("Offer of Judgment"), and

**WHEREAS** Plaintiff accepted Defendants' Offer of Judgment on or about October __14__, 2022,

JUDGMENT shall be entered in favor of Plaintiff against Defendants in the amount of Nineth-five Thousand Dollars and Zero Cents ($95,000.00).

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

**SO ORDERED**

Dated: New York, New York
     __10/18__, 2022.

                                      *Paul A. Engely*
                              Honorable Paul A. Englemayer, U.S.D.J.

Doc ID: c617ecc25e713673a31cad9ade4a517358637d22